**[No. 3962.]**

WHIPPLE, SECRETARY OF STATE, v. WHEELER.

OPINION FOLLOWED.
This case is decided and affirmed upon the opinion in the case of *Whipple v. Broad, ante,* p. 407.

*Upon Review from the District Court of Arapahoe County.*

Messrs. BARTELS & BLOOD, Mr. VICTOR A. ELLIOTT and Mr. HENRY M. TELLER, for petitioner.

Mr. JOHN R. SMITH and Mr. THOMAS WARD, Jr., for respondent.

CHIEF JUSTICE CAMPBELL delivered the opinion of the court.

The dispute in this case is over the right, at elections, to the use of the name and emblem of the Silver Republican party in the second congressional district of the state. At the convention of that party regularly called and held at the city of Pueblo, B. Clark Wheeler was nominated as its candidate for congress. Thereafter another convention at Colorado Springs, purporting to represent and be the congressional convention of the party in that congressional district, nominated John C. Bell.

The material questions in this case are, in principle, not different from those considered by this court in the case of *Whipple, etc., v. Broad, ante,* p. 407, the convention nominating Wheeler belonging to the same faction of the party as that represented by Broad. There are some differences in the facts; for example, in this case the convention which nominated Wheeler was not only called by the regular congressional committee of the party, but was called to order by its recognized chairman, and composed of a large majority of the regularly elected and lawful delegates who responded to the call, and who were entitled to sit in the convention.

Under the facts of this case, there is nothing to remove it from the operation of the rule in the *Broad* case, *supra,* and the judgment here is that the ticket bearing the name of B. Clark Wheeler as candidate for congress is entitled to the name and emblem of the Silver Republican party in the second congressional district. The judgment of the district court being to the same effect, it is accordingly affirmed.

*Affirmed.*

GODDARD, J., dissents.